# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-00003-05-CR-W-BP |
| SHAWN CHRISTOPHER EVANS, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On January 8, 2019, the Grand Jury returned a two-count Indictment charging Defendant Shawn Christopher Evans, along with nine other defendants,[1] with conspiracy to distribute 500 grams and more of methamphetamine (Count One) and conspiracy to commit money laundering (Count Two). The Indictment also contains a forfeiture allegation.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Bruce A. Rhoades and one person assisting
        Case Agent: not at the table
    Defense: Sarah Grace Hess and Laura O'Sullivan

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 15 without stipulations
    Defendant: 5 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately less than 10 exhibits
    Defendant: approximately less than 10 exhibits

**DEFENSES**: General denial

---

[1] Defendants James Francis Jorden, II, Christopher Gerald Loree, Nathaniel Joshua Dennett, Krystal L. Mann, Brooke Ashli Oliver, Justin Charles Saighman, Danny Eugene Campbell, Jr., and Rita Renee Evanoff pled guilty and have been sentenced. On May 4, 2021, the case against Defendant Gregory Evanoff was dismissed due to his death.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2½ to 3 days total**
Government's case including jury selection: 2½ day(s)
Defendant: 1 day(s)

**STIPULATIONS**: No stipulations expected.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

**Witness and Exhibit Lists**
Government: None filed. **Due on or before August 18, 2023.**
Defendant: None filed. **Due on or before August 18, 2023**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before August 18, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before August 18, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for August 21, 2023.

**Please note:** The Government requests the second week as there needs to be arrangements for witness travel.

**IT IS SO ORDERED.**

  */s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE