# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 19-00003-05-CR-W-BP |
| SHAWN CHRISTOPHER EVANS, | ) |
| Defendant. | ) |

## ORDER ACCEPTING PLEA OF GUILTY

On August 21, 2023, the Honorable Lajuana M. Counts, United States Magistrate Judge for this District, recommended the Court accept Defendant's plea of guilty to (1) the lesser included charge contained in Count I of the Indictment and (2) Count II of the Indictment. There has been no objection to Judge Counts's recommendation and the time for objecting has passed. Accordingly, the Court adopts the recommendation; Defendant's plea of guilty is now accepted and he is adjudged guilty.

The United States Probation Office shall prepare a presentence investigation report. Sentencing will be set by subsequent Order of the Court.

**IT IS SO ORDERED.**

DATE: September 6, 2023

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT